**DENY; and Opinion Filed March 22, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00320-CV**

**IN RE AMERICAN NATIONAL COUNTY MUTUAL INSURANCE COMPANY, Relator**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02965-A**

**MEMORANDUM OPINION**

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice O'Neill

Relator contends the trial judge erred in denying a motion to quash and motion for protective order and in denying a motion to compel. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus and second emergency motion for temporary relief.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

130320F.P05